No. 44869.—Protests 423983–G, etc., of Bow Tai Wo & Co. et al. (San Francisco).

Opinion by Evans, J.  In accordance with stipulation of counsel the protests were sustained.